No. 80–581. COMMONWEALTH EDISON CO. ET AL. *v.* MONTANA ET AL. Appeal from Sup. Ct. Mont. Probable jurisdiction noted. Case set for oral argument in tandem with consolidated cases No. 80–11, *Merrion et al., dba Merrion & Bayless, et al.* v. *Jicarilla Apache Tribe et al.,* and No. 80–15, *Amoco Production Co. et al.* v. *Jicarilla Apache Tribe et al., supra.* The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–264. STAATS, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. *v.* BRISTOL LABORATORIES DIVISION OF BRISTOL-MYERS CO. C. A. 2d Cir. Certiorari granted. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–590. GULF OFFSHORE CO., A DIVISION OF POOL CO. *v.* MOBIL OIL CORP. ET AL. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari granted. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–420. FLYNT ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari granted.

No. 80–441. GULF OIL CO. ET AL. *v.* BERNARD ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 80–239. FEDERAL INSURANCE CO. *v.* SOLO CUP CO. C. A. 7th Cir. Certiorari denied.